In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00394-CV


NO. 09-09-00401-CV


____________________



CHOICE HOTELS INTERNATIONAL, INC., Appellant



V.



NARISIMAH R. CHANDAMURI, Appellee



and



IN RE CHOICE HOTELS INTERNATIONAL, INC.






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-182,518





and



Original Proceeding






MEMORANDUM OPINION



 The appellant and relator, Choice Hotels International, Inc., filed motions to dismiss
this accelerated appeal and related mandamus proceeding. The motion is voluntarily made
by the appellant and relator prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal or requested mandamus relief. We grant the
motion and dismiss both the appeal and the original proceeding without reference to the
merits. By agreement of the parties, costs are assessed against the incurring party.

 DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered October 8, 2009


Before McKeithen, C.J., Kreger and Horton, JJ.